# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                            **CASE NO.**  2:23-cr-20050-DDC/ADM

JOSEPH R. ISAAC,

        Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION OF A MACHINEGUN**
**[18 U.S.C. § 922(o)]**

On or about October 19, 2022, in the District of Kansas, the defendant,

### JOSEPH R. ISAAC,

knowingly possessed a machinegun as defined in 26 U.S.C. § 5845(b) (identified as a

Glock .40 caliber pistol, model 27, with serial number PEB668).

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

## COUNT 2

**FELON IN POSSESSION OF A FIREARM**
**[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]**

On or about October 19, 2022, in the District of Kansas, the defendant,

## JOSEPH R. ISAAC,

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year (specifically, in 2016 of Robbery – Armed, in the 17th Judicial

Circuit, Kent County, Michigan, case number 15-10577-FC), knowingly possessed

firearms (identified as: (1) a Glock .40 caliber pistol, model 27, with serial number

PEB668; (2) a Romarm/Cugir 7.62x39mm caliber pistol, model Micro Draco, with serial

number ROA21PMD25919; and (3) a Romarm/Cugir 7.62x39mm caliber pistol, model

Micro Draco, with serial number ROA22PG2374), and these firearms were possessed in

and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.


A TRUE BILL.


August 23, 2023             /s/Foreperson
DATE                       FOREPERSON OF THE GRAND JURY


KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ *David P. Zabel*

David P. Zabel
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6708
Fax: (913) 551-6541
Email: david.zabel@usdoj.gov
Ks. S. Ct. No. 17887

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Count 1:  18 U.S.C. §§ 922(o) & 924(a)(2)**
**Possession of a Machine Gun**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 2: 18 U.S.C. §§ 922(g)(1) & 924(a)(2)**
**Felon in Possession of a Firearm**

- Punishable by a term of imprisonment of not more than fifteen (15) years.  18 U.S.C. § 924(a)(8).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.