IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff,** | )<br>)<br>) |
| v. | ) Case No. 23 CR 20050-DDC<br>) |
| **JOSEPH ISAAC,**<br>    **Defendant.** | )<br>)<br>) |

### ORDER

This matter is before the court on Defendant's motion to modify conditions of release to allow Defendant to travel (Doc. 51). Having reviewed the motion and being apprised that the United States Attorney's Office and the U.S. Probation Office have no objection, the motion is GRANTED for the reasons stated herein.

1.) The court previously allowed Defendant to modify the conditions of his release and to allow for travel to various music venues around the country for approximately one month. At that time certain conditions were imposed upon the defendant and in all instances, he successfully abided by each directive.

2.) Based upon defendants' successful completion of all prior terms and conditions to modify conditions to allow for travel the court finds:

  a.) Defendant is allowed to travel to Atlanta, Georgia for business on March 7, 2025 and remain there until his return home on March 11, 2025.

3.) Defendant is directed to continue to comply with any and all terms and conditions related to his pre-trial release.

Therefore, Defendant's motion to modify conditions of release of travel (Doc. 51) is **GRANTED**.

IT IS SO ORDERED.

_____
TERESA J. JAMES
UNITED STATES MAGISTRATE

Dated this 24th day of February 2025