IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**JOSEPH R. ISAAC,**

        **Defendant.**

Case No. 22-CR-00619-DDC

**GOVERNMENT'S NOTICE OF INTENT
TO USE CERTIFIED COPIES OF RECORDS**

The United States of America, by and through Special Assistant United States Attorney Taylor Hines and Assistant United States Attorney David P. Zabel, respectfully submits this Notice of Intent to Use a Custodian of Records Affidavit pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence.  The records in which the government intends to admit at the trial of the above-styled case were previously provided to defense counsel during the discovery process and are described as follows:

1. **Facebook**

    Pictures and videos showing Defendant possessing firearms. These pictures and videos have been provided to Defendant in discovery, as has the signed certification.  The signed certification will be listed on the government's Exhibit List as an exhibit.

2. **Instagram**

    Pictures and videos showing Defendant possessing firearms. These pictures and videos have been provided to Defendant in discovery, as has the signed

certification. The signed certification will be listed on the government's Exhibit List as an exhibit.

In lieu of calling a records custodian to testify at trial, the government hereby provides notice of its intent to admit the business records described above pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence.

Respectfully submitted,

/s/ *Taylor Hines*
Taylor Hines
Special Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6688 (telephone)
Ks. S. Ct. No. 28101

/s/ *David P. Zabel*
David P. Zabel
Assistant United States Attorney
United States Attorney's Office
500 State Avenue, Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
David.Zabel@usdoj.gov
Ks. S.Ct. No. 17887

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      /s/ *David P. Zabel*
      David P. Zabel
      Assistant United States Attorney