IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**JOSEPH R. ISAAC (01),**<br><br>      **Defendant.** | Case No. 23-20050-01-DDC |

# TRIAL ORDER

The court conducted a motion hearing in this case on December 9, 2025. The court set this case for a jury trial on March 9, 2026, during the hearing. The court now sets the following deadlines:

**IT IS THEREFORE ORDERED BY THE COURT** that the parties shall file witness and exhibit lists no later than **twelve days before trial**.

**EXHIBITS:** Parties are expected to use presentation technology available in the courtroom to display evidence to the jury. Training on the equipment should be arranged well in advance of trial with the courtroom deputy. See "Jury Evidence Recording System" which may be accessed on the district website at http://ksd.uscourts.gov/index/php/5898.2 (located under the "for attorneys" tab). Counsel shall provide in electronic format any exhibits of documents, photographs, videos, and any other evidence that may be reduced to an electronic file no later than **March 2, 2026**, for the use of court personnel and the court's Jury Evidence Recording System (JERS) during trial.

Documents and photographs shall be in **.pdf, .jpg, .bmp, .tif,** or **.gif** format; video and audio recordings shall be in **.avi, .wmv, .mpg, .mp3, .wma,** or **.wav** format.

Each electronic exhibit shall be saved as a separate, independent file, and provided to the court on a storage device, such as CD, DVD, or flash drive. **Exhibits files shall be named consistent with their order and name on the exhibit list.**

**IT IS FURTHER ORDERED** that the government shall provide notice pursuant to Rule 404(b) no later than **twelve days before trial.**

**IT IS FURTHER ORDERED** that the parties shall make expert disclosures **twelve days before trial.**

**IT IS FURTHER ORDERED** that motions in limine shall be filed **eleven days before trial**, and responses thereto shall be filed **eight days before trial**. The motion hearing and in limine conference are set for **March 6, 2026, at 1:30 p.m. in Courtroom #476 of the Robert J. Dole Courthouse, 500 State Avenue, Kansas City, Kansas 66101.**

**IT IS FURTHER ORDERED** that the parties shall submit proposed jury instructions **five days before trial.**

**IT IS FURTHER ORDERED** that this case is set for trial to a jury on **Monday, March 9, 2026, at 9:00 a.m. in Courtroom #476 of the Robert J. Dole Courthouse, 500 State Avenue, Kansas City, Kansas 66101.**

**IT IS SO ORDERED.**

Dated this 21st day of January, 2026, at Kansas City, Kansas.

                                                                  **s/ Daniel D. Crabtree**
                                                                  **Daniel D. Crabtree**
                                                                  **United States District Judge**