# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23-CR-20050-DDC |
| | ) |
| JOSEPH R. ISAAC, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S EXHIBIT LIST

Joseph R. Isaac, by and through the undersigned, submits the following attached list of exhibits for the Defendant's case in the above-referenced matter.

Respectfully submitted,

/s/ Barry R. Grissom

Barry R. Grissom, KS #10866
Conner Mitchell, D. Kan. #79215
Jake Miller, D. Kan. #78954
1600 Genessee Street, Ste. 460
Kansas City, MO 64102
T – 816-336-1213
F – 816-384-1623
barry@grissommiller.com
cam@grissommiller.com
jake@grissommiller.com

/s/ Quinn A. Michaelis
Quinn A. Michaelis
73 West Monroe, Ste. 106
Chicago, IL 60603
T – (312) 714-6920
*Appearing Pro Hoc*

**Attorneys for Joseph Isaac**

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Barry R. Grissom*
Barry R. Grissom, KS #10866